

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

**ANDREW S. HANEN**
U.S. DISTRICT JUDGE

600 E. HARRISON STREET, #301
BROWNSVILLE, TEXAS 78520-7114
TEL: (956) 548-2591

June 27, 2007

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301, One Columbus Circle, N.E.
Washington, D.C. 20544

*Via-Certified Mail*

Re:     Amendment to Financial Disclosures for Judge Andrew S. Hanen

Dear Sir/Madam:

Pursuant to the Committee's letter request of June 21, 2007, please find the following additional information. All of the following pertains to information contained in Part VII:

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | -Chase Retirement Money Mkt Reserves | | | | | | | | | |
| 8 | -Merrill Lynch Money Mkt Reserves | | | | | | | | | |
| 13 | -Merrill Lynch Money Mkt Reserves | | | | | | | | | |
| 20 | -Amboy Nat'l Bank CD | | | | | Matured | 10/27 | L | B | |
| 21 | -New Frontier Bank CD | | | | | Buy | 11/20 | L | | |
| 22 | -Fidelity Cash Reserves | | | | | | | | | |
| 38 | -Smith Barney Tax Free Money Market | C | Interest | F | T | | | | | |
| 58 | -Merrill Lynch Bank Money Market | A | Interest | J | T | Sell | 1/30 | J | A | |

Although not raised by your letter, the account on Line 57 is a similar account and that description should be amended to read as follows:

| 57 | -Merrill Lynch CMA Tax Exempt Money Market | C | Interest | L | T | | | | |
|----|-------------------------------------------|---|----------|---|---|--|--|--|--|

I am enclosing three (3) extra copies of this response. Please call or write if you need additional information.

Yours truly,

Andrew S. Hanen
United States District Judge

ASH:am

AO-10 (WP)
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hanen, Andrew S. | United States District Court - Texas | 5/11/07 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial ✓ Annual ___ Final 5b. ___ Amended Report | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | | January 1, 2006 through December 31, 2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 600 East Harrison Street, #301 Brownsville, Texas 78520 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| ✔ | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| ✔ | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|

**A. Filer's Non-Investment Income**

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| ✔ | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | DATE | SOURCE AND TYPE | |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 2006 | Self-employed—Attorney | |
| 2 | 2006 | UTB—Professor | |

RECEIVED 2007 MAY 14 P 12: 19 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | State Bar of Texas | Feb. 2-3 - Austin, Texas - Panelist at CLE event (hotel and mileage) |
| 2 | State Bar of Texas | April 24 - Austin, Texas - CLE Program (airfare, rental car, gas, and parking) |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ✔ | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | PPH Mortgage Services | Mgt on SPI, Texas Prop. (Part VII, Line _____ ) | N |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
   N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
   P2=$5,000,001-$25,000,000    P3=$25,000,001-50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  IRA - Account #1 | C | Interest | M | T | | | | | |
| 2  -Treasury Strips | | | | | | | | | |
| 3  -Money Mkt Reserves | | | | | | | | | |
| 4  IRA - Account #2 | B | Dividend | K | T | | | | | |
| 5  -CDC NVEST | | | | | | | | | |
| 6  -Gartmore Optimal | | | | | | | | | |
| 7  -Hotchkis & Wiley | | | | | | | | | |
| 8  -Money Mkt Reserves | | | | | | | | | |
| 9  IRA - Account #3 | D | Dividend | G | T | | | | | |
| 10  -CDC NVEST | | | | | | | | | |
| 11  -Gartmore Optimal | | | | | | | | | |
| 12  -Hotchkis & Wiley | | | | | | | | | |
| 13  -Money Mkt Reserves | | | | | | | | | |
| 14  Retirement Account #1 | E | Int./Div. | N | T | | | | | |
| 15  -Short Term Bond Fund | | | | | | | | | |
| 16  -Ginnie Mae Fund | | | | | | | | | |
| 17  -Mgt Security Fund | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 -Marshall Bond Fund | | | | | | | | | |
| 19 -Pax Balanced Fund | | | | | | | | | |
| 20 -Bank CD | | | | | Matured | 10/27 | L | B | |
| 21 -Bank CD | | | | | Buy | 11/20 | L | | |
| 22 -Cash Reserves | | | | | | | | | |
| 23 Brokerage Acct #1 | | | | | | | | | |
| 24 -Travis County Municipal Bonds | C | Interest | L | T | | | | | |
| 25 -Houston ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 26 -Pearland ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 27 -Killeen Tex. Municipal Bonds | C | Interest | L | T | | | | | |
| 28 -Katy Tex. ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 29 -Lubbock Tx. Tax & Wtrworks Municipal Bonds | C | Interest | L | T | | | | | |
| 30 -Univ. Tex. Revs. Fin. Municipal Bonds | D | Interest | L | T | | | | | |
| 31 -Southlake Tex L/T Water Municipal Bonds | D | Interest | L | T | | | | | |
| 32 -Georgetown ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 33 -Ft. Worth Tex ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 34 -UT Dev. Municipal Bonds | C | Interest | L | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

# FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | | 5/11/07 |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 35 -Richardson Texas Municipal Bonds | C | Interest | L | T | | | | | |
| 36 -Allen Texas Rfdg. Municipal Bonds | C | Interest | L | T | | | | | |
| 37 -Plano ISD Municipal Bonds | D | Interest | L | T | | | | | |
| 38 -Tax Free Money Market | C | Interest | F | T | | | | | |
| 39 Brokerage Acct #2 | | | | | | | | | |
| 40 -Aldine Tex ISD Municipal Bonds | D | Interest | L | T | | | | | |
| 41 -Del Valle ISD Municipal Bonds | D | Interest | L | T | | | | | |
| 42 -DeSoto Tex ISD Municipal Bonds | C | Interest | L | T | Redeemed | 2/22 | L | A | |
| 43 -Canadian Riv. Mun. Municipal Bonds | D | Interest | M | T | | | | | |
| 44 -Houston Tex Water Municipal Bonds | D | Interest | M | T | | | | | |
| 45 -Brownsville Tex Municipal Bonds | C | Interest | L | T | | | | | |
| 46 -Lower Col. Riv. Auth. Municipal Bonds | C | Interest | L | T | | | | | |
| 47 -Arlington Texas ISD Municipal Bonds | D | Interest | M | T | | | | | |
| 48 -Harris County Municipal Bonds | D | Interest | M | T | | | | | |
| 49 -University of N. Tex Municipal Bonds | B | Interest | K | T | | | | | |
| 50 -Aldine Tex ISD Zero Coupon Municipal Bonds | B | Interest | K | T | | | | | |
| 51 -Tex. A&M Rev. Zero Coupon Mun. Bonds | B | Interest | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VII. Page 4 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income. assets, or transactions) | | | | | | | | | |
| 52 -Gal. Texas Pub. Zero Coupon Mun. Bonds | B | Interest | K | T | | | | | |
| 53 -Houston Tex ISD Zero Coupon Municipal Bonds | B | Interest | K | T | | | | | |
| 54 -Houston Tex Wtr & Swr Zero Coupon Municipal Bonds | B | Interest | K | T | | | | | |
| 55 -Houston Tex ISD Zero Coupon Municipal Bonds | B | Interest | K | T | | | | | |
| 56 -Sharyland ISD Municipal Bonds | C | Interest | L | T | | | | | |
| 57 -CMA Tax Exempt Money Market | C | Interest | L | T | | | | | |
| 58 -Bank Money Market | A | Interest | J | T | Sell | 1/30 | J | A | |
| 59 Texas State Bank | A | Interest | K | T | | | | | |
| 60 Garage - SPI Tex. Prop. | A | Rent | O | Q | | | | | |
| 61 Northwestern Mutual EOL Life Ins #117 | A | Dividend | J | T | | | | | |
| 62 Northwestern Mutual EOL Life Ins #714 | A | Dividend | J | T | | | | | |
| 63 Northwestern Mutual Whole Life Ins #642 | A | Dividend | J | T | | | | | |
| 64 Northwestern Mutual Whole Life Ins #817 | C | Dividend | L | T | | | | | |
| 65 Northwestern Mutual Whole Life Ins #811 | C | Dividend | L | T | | | | | |
| 66 Northwestern Mutual EOL Life #840 | C | Dividend | K | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

NOTES

**Part VII**

1. The transaction note on Line 42 was the maturity of the DeSoto Tex ISD Municipal Bonds. They were redeemed at par. As such, they will not appear on future reports.

2. The date of the appraisal for the SPI property listed on Line 60 is April 25, 2005.

3. The transaction shown on Line 58 whereby the Bank Money Market was sold was in reality a transfer of those sums from the Money Market on Line 58 to the CMA Tax Exempt Money Market listed on Line 57. Therefore, that investment (Bank Money Market referred to on Line 58) will not appear in future reports.

4. The values listed in Section VII for the Municipal Bonds and Zero Coupon Bonds are maturity values.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ███████████████████████          Date  5/11/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544